**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**MORTGAGE MITIGATION MEDIATION**

CASE NO.: **15-10960-LMI**

X    3rd- MMM   Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐    _____   Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Miguel A Cespedes                      CO-DEBTOR: Maria F Cespedes
Last Four Digits of SS# xxx-xx-7257           Last Four Digits of SS# xxx-xx- 3017

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

     A.      $ __1182.00__ for months __1__ to __60__ ;
     B.      $_____ for months _____ to _____ ;
     C.      $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:     Attorney's Fee    $ 3489.60 + 18000.00 MMM + 1500.00 MTV = 6789.60 Total Paid $ 1272.00
                     Balance Due        **$ 5517.60** payable $ **250.80** month (Months 1 to 22 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)]  Mortgages(s)/Liens on Real or Personal Property:

1. Bank of America Home Loans           Loss Mitigation Mediation (LMM) Program Payment $ 42,780.00
   PO Box 5170                              Payment $ 713.00 /month (Months 1 to 60 )
   Simi Valley CA 93062
 Loan Account No.: 141392432

2. Sunny Gardens HOA                  Account Arrears $ 3,769.00
   PO Box 97-1944                         Payment $ 99.19 /month (Months 23 to 60 )
   Miami, FL 33197                         Regular Payment $ 100.00 / month (Months 1 to 60 )
   Account No.: 11209 SW 152 Terrace

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Power Financial Credit Union<br>2020 NW 150th Avenue<br>Pembroke Pines, FL 33028<br>Loan No.: 770437299 | 11209 SW 152 Terrace<br>Miami Fl 33157<br>Value 125,000.00<br>2nd Mortgage | 0 | 0 | 0 | 0 |
| Veripro Solutions<br>750 E Highway 121, Suite 100<br>Lewisville, TX 75067<br>Loan No.: 1005334358 | 7200 NW 179 Street<br>Apt 105<br>Hialeah, FL 33015<br>Line of Credit | 0 | 0 | 0 | 0 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a                                 Total Due $_____
                                     Payable $_____/month (Months _____ to ___)

Unsecured Creditors: Pay $ 151.61 month (Months 23 to 60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

The debtor will provide copies of his income tax returns to the Chapter 13 trustee on or before May 15 during the pendency of the plan. The debtor hereby acknowledges that the deadline for providing the Trustee with her filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provided the trustee of her disposable income if her gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtors will be paying Americas Servicing Co (Claim # 1) Loan number 1061100194817 directly outside of the Bankruptcy Plan.

The Debtor has filed a Verified Motion for Referral to LMM with <u>Bank of America Home Loans</u> ("Lender"), <u>loan number 141392432</u>, for real property located at <u>7200 NW 179th Street Apt 105 Hialeah, FL 33015</u>. The parties shall timely comply with all requirements of the Order of Referral to LMM and all Administrative Orders/Local Rules regarding LMM. While the LMM is pending and until the trial/interim payment plan or the permanent mortgage modification/permanent payment is established by the parties, the Debtor has included a post-petition plan payment, absent Court order to the contrary, of no less than 31% of the Debtor's gross monthly income as a good faith adequate protection payment to the Lender. All payments shall be considered timely upon receipt by the trustee and not upon receipt by the Lender.

Until the LMM is completed and the Final Report of Loss Mitigation Mediator is filed, any objection to the Lender's Proof of Claim on the real property described above shall be held in abeyance as to the regular payment and mortgage arrearage stated in the Proof of Claim only. The Debtor shall assert any and all other objections to the Proof of Claim prior to confirmation of the plan or modified plan.

If the Debtor, co-obligor/co-borrower or other third party (if applicable) and the Lender agree to a settlement as a result of the pending LMM, the Debtor will file a Motion to Approve Loss Mitigation Agreement with Lender no later than 14 calendar days following settlement. Once the settlement is approved by the Court, the Debtor shall immediately amend or modify the plan to reflect the settlement and the Lender shall amend its Proof of Claim to reflect the settlement, as applicable.

If a settlement is reached after the plan is confirmed, the Debtor will file a motion to modify the plan no later than 30 calendar days following approval of the settlement by the Court and the Lender shall have leave to amend its Proof of Claim to reflect the settlement reached after confirmation of the plan. The parties will then timely comply with any and all requirements necessary to complete the settlement. In the event the Debtor receives any financial benefit from the Lender as part of any agreement, the Debtor shall immediately disclose the financial benefit to the Court and the trustee and amend or modify the plan accordingly.

If the Lender and the Debtor fail to reach a settlement, then no later than 14 calendar days after the Mediator's Final Report is filed, the Debtor will amend or modify the plan to (a) conform to the Lender's Proof of Claim (if the Lender has filed a Proof of Claim) or (b) provide that the real property will be surrendered. If the amended or modified plan provides that the real property is to be surrendered, then the obligations to the Lender will be considered "treated outside the plan" and the Lender shall have in rem relief from the automatic stay as to the real property being surrendered. Notwithstanding the foregoing, Lender may file a motion to confirm that the automatic stay is not in effect as to the real property. Confirmation of the plan will be without prejudice to the assertion of any rights the Lender has to address payment of its Proof of Claim.

| | |
|---|---|
| **/s/ Luis A Torrens** | **/s/ Luis Torrens** |
| **Debtor - Luis A Torrens for Miguel A Cespedes** | **Debtor – Luis A Torrens for Maria F Cespedes** |
| **04/09/2015** | **04/09/2015** |
| **Date** | **Date** |